IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ZECO DEVELOPMENT GROUP, LLC, DBA RIVER PIG SALOON,** an Oregon limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FIRST MERCURY INSURANCE COMPANY,** a foreign corporation,<br><br>Defendant. | Case No. 3:21-cv-406-SI<br><br>**JUDGMENT** |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 14th day of February, 2022.

                                                         /s/ *Michael H. Simon*
                                                         Michael H. Simon
                                                         United States District Judge